J.Gregory Tomicich
Attorney at Law
P.O. Box 20493
Billings, Montana 59104
(406) 256-5029

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CITIZENS EQUAL RIGHTS ALLIANCE, INC. (CERA), MONTANA CITIZENS RIGHTS ALLIANCE (MCRA), CHRISTOPHER KORTLANDER, TERRY A. CODDENS, and DEBORAH WINBURN,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD JOHNSON, in his official capacity as Secretary of State for the State of Montana; DUANE WINSLOW in his official capacity as Elections and Government Services Division Deputy to the Secretary of State; and CYNDY MAXWELL, in her official capacity as Clerk and Recorder for Big Horn County, Montana; DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of Interior; EDWARD PARISIAN, in his official capacity as Rocky Mountain Regional Director of the Bureau of Indian Affairs; and BIG HORN COUNTY COMMISSION, WILLIAM MERCER, in his official capacity as United States Attorney for the District of Montana<br><br>Defendants. | Case No. CV07-74-BLG-RSC<br><br>**NOTICE OF DISMISSAL**<br><br>**F.R.Civ.P. 41** |

    COME NOW the Plaintiffs, through their attorney of record, and hereby provide notice of their dismissal of the above captioned case.

DATED this 25th day of March, 2008.

By: /s/ J. Gregory Tomicich
J. Gregory Tomicich
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 25th, 2008, an accurate copy of the forgoing

Notice of Dismissal was served on the following persons by the following means:

1, 2, 3, 4    CM/ECF

5, 6, 7       Mail

| | | | |
|---|---|---|---|
| 1 | Clerk, U.S. District Court | 3 | Anthony Johnstone<br>Office of Montana<br>Attorney General<br>Helena, MT 59620-1401 |
| 2 | Mr. Stephen C. Bullock<br>Bullock Law Firm<br>P.O. Box 1330<br>Helena, Montana 59624 | | |
| 4 | Victoria L. Francis<br>Office of the U.S. Attorney<br>P.O. Box 1478<br>Billings, Montana 59103-1478 | 5 | James L. Ruegamer<br>420 North Crawford Avenue<br>Hardin, MT 59034 |
| 6 | Elizabeth Griffing<br>ACLU of Montana Foundation<br>241 East Alder<br>Missoula, MT 59802 | 7 | Laughlin McDonald<br>ACLU Foundation.<br>2600 Marquis One Tower<br>245 Peachtree Center Avenuue<br>Atlanta, GA 30303 |

Dated _____

/s/ J. Gregory Tomicich
J. Gregory Tomicich
Attorney at Law
P.O. Box 20493
Billings, Montana
Attorney for Plaintiffs